## LINDSAY *v.* KELLEY, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA.

No. 1370. Decided June 23, 1969.

*James E. Beasley* for appellant.

*William C. Sennett,* Attorney General of Pennsylvania, and *Edward Friedman* for appellee.

*Bernard G. Segal, Samuel D. Slade,* and *Ralph S. Snyder* for the Pennsylvania Bar Assn. as *amicus curiae* in support of the motion to dismiss.

PER CURIAM.

The motion of the Pennsylvania Bar Association for leave to file a brief as *amicus curiae* is granted. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.